```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 24541
    SARA E LUCAS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4854


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/04/2008 and was not confirmed.

     The case was dismissed without confirmation 05/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------

N NEVILLE REID           NOTICE ONLY    NOT FILED           .00            .00
NISSAN INFINITI LT       NOTICE ONLY    NOT FILED           .00            .00
NISSAN INFINITI LT       NOTICE ONLY    NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00           .00            .00
COUNTRYWIDE HOME LOANS   SECURED NOT I        .00           .00            .00
FIFTH THIRD BANK         SECURED NOT I        .00           .00            .00
AMERICAN HONDA FINANCE C SECURED NOT I   32030.02           .00            .00
AMERICAN HONDA FINANCE   UNSECURED      NOT FILED           .00            .00
INTERNAL REVENUE SERVICE PRIORITY        15060.68           .00            .00
MCHENRY COUNTY TREASURER PRIORITY       NOT FILED           .00            .00
BANANA REPUBLIC          UNSECURED      NOT FILED           .00            .00
BANK OF AMERICA          UNSECURED      NOT FILED           .00            .00
CHASE CARD MEMBER SERVIC UNSECURED      NOT FILED           .00            .00
CHASE CARDMEMBER SERVICE UNSECURED      NOT FILED           .00            .00
HOME DEPOT               UNSECURED      NOT FILED           .00            .00
JARED GALLERIA OF JEWELR UNSECURED      NOT FILED           .00            .00
NISSAN INFINITI          UNSECURED      NOT FILED           .00            .00
JOHN F TORRES            NOTICE ONLY    NOT FILED           .00            .00
PROMOTORA SUNSET BEACH C UNSECURED      NOT FILED           .00            .00
QUINTA DEL GOLFO         UNSECURED      NOT FILED           .00            .00
SALLIE MAE               UNSECURED      NOT FILED           .00            .00
WASTE MANAGEMENT         UNSECURED      NOT FILED           .00            .00
RMS                      NOTICE ONLY    NOT FILED           .00            .00
WFNNB                    UNSECURED      NOT FILED           .00            .00
JOSEPH LUCAS             NOTICE ONLY    NOT FILED           .00            .00
JOSEPH LUCAS             NOTICE ONLY    NOT FILED           .00            .00
SARA LUCAS               NOTICE ONLY    NOT FILED           .00            .00
NISSAN INFINITI          SECURED NOT I    8624.40           .00            .00
INTERNAL REVENUE SERVICE UNSECURED        1311.55           .00            .00
KENNETH A RUNES          DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 24541 SARA E LUCAS
```

```
                             RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                             ---------------     ---------------
TOTALS                            .00                       .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                 /s/ Tom Vaughn
   Dated: 08/26/08               _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```